THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT R. CROWELL, Respondent, *v.* MAURICE E. CONNOLLY, as President of the Borough of Queens, City of New York, Appellant.

*People ex rel. Crowell* v. *Connolly,* 161 App. Div. 745, affirmed.
(Argued September 30, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 17, 1914, which sustained a writ of certiorari and annulled the proceedings of the defendant in dismissing the relator from the position of assistant engineer in the topographical bureau in the borough of Queens.

*Frank L. Polk, Corporation Counsel* (*William E. C. Mayer, Terence Farley* and *Elliot S. Benedict* of counsel), for appellant.

*Edward M. Grout* and *F. Sidney Williams* for respondent.

Order affirmed, without costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ. Absent: CARDOZO, J.